UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED SCALES (#524748)

VERSUS

DARREL VANNOY, ET AL

CIVIL ACTION

21-206-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes dated August 23, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, as amended, filed by Alfred Scales is DENIED and this case is DISMISSED WITH PREJUDICE, as the only claim in the original habeas petition was not properly supported, and the claims in the amended petition are untimely because they do not relate back to the filing of the original petition.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied if Scales seeks to pursue an appeal in this case.

Signed in Baton Rouge, Louisiana the 10 day of September, 2024.

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 21.